```
EDMUND G. BROWN JR.
Attorney General of California
MIGUEL A. NERI
FIEL D. TIGNO
Supervising Deputy Attorneys General
KAREN KIYO HUSTER
BONNIE J. CHEN
Deputy Attorneys General
 State Bar No. 219394
  1515 Clay Street, 20th Floor
  P.O. Box 70550
  Oakland, CA  94612-0550
  Telephone:  (510) 622-2113
  Fax:  (510) 622-2121
  E-mail:  Bonnie.Chen@doj.ca.gov
Attorneys for CDCR, SQSP, Church, Ayers, Saylor
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CYNTHIA SCHNEIDER, RONALD ROSSON, BEVERLY THOMPSON and RANEY DIXON,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>STATE OF CALIFORNIA; CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, San Quentin State Prison; TONYA CHURCH; ROBERT L. AYERS, JR.; KAREN SAYLOR, M.D.; ROBERT SILLEN; and DOES 1 through 50, inclusive,<br><br>　　　　Defendants. | C 08-04987 CW<br><br>[PROPOSED] ORDER EXCUSING PERSONAL ATTENDANCE AT ENE<br><br>Date:　　　ENE: May 29, 2009<br>Judge　　　The Honorable Wayne D. Brazil<br>Trial Date　Aug. 2, 2010<br>Action Filed:　September 29, 2008 |

　　　　Pursuant to ADR Local Rule 5-10, the following parties are excused from personally appearing at the early neutral evaluation scheduled in this case: Karen Saylor, Robert Ayers, and CDCR (in the form of CDCR Staff Counsel Sujean Younger).  Robert Ayers and Sujean Younger

1

PROPOSED ORDER EXCUSING PERSONAL ATTENDANCE AT ENE  (C 08-04987 CW)

are required to appear by phone. Karen Saylor is completely excused from attending the ENE and will not be required to appear by phone.

IT IS SO ORDERED. 4-10-09

THE HONORABLE WAYNE D. BRAZIL