CHARLES A. BONNER, ESQ.  (SB# 85413)
A. CABRAL BONNER, ESQ. (SB# 247528)
SAMUEL E. BROWN, ESQ. (SB#255842)
A. CATHERINE LAGARDE, ESQ. (SB# 209255)
**LAW OFFICES OF BONNER AND BONNER**
1913 BRIDGEWAY
SAUSALITO, CA 94965
TEL: (415) 331-3070
FAX: (415) 331-2738

**ATTORNEYS FOR PLAINTIFFS**
CYNTHIA SCHNEIDER, RONALD ROSSON,
BEVERLY THOMPSON, and RANEY DIXON

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| CYNTHIA SCHNEIDER, RONALD ROSSON, BEVERLY THOMPSON and RANEY DIXON,<br><br>Plaintiffs,<br><br>v.<br><br>STATE OF CALIFORNIA; CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, San Quentin State Prison; TONYA CHURCH; ROBERT L. AYERS, JR.; KAREN SAYLOR, M.D.; ROBERT SILLEN; and DOES 1 through 50, inclusive,<br><br>Defendants<br>_____/ | Case No: C 08-04987 CW<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO COMPLETE EARLY NEUTRAL EVALUATION [ENE]** |

    Parties in the above-referenced case hereby stipulate to this request for an extension of time to complete Early Neutral Evaluation (ENE) from the last week of May 2009 to the first week in June 2009.

    Counsel for both sides respectfully request permission to reschedule the current ENE date from Friday May 29, 2009 to Monday June 1, 2009 (subject to approval of Defendants' current

**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO COMPLETE ENE**

request to excuse Defendant Karen Saylor, MD from attending on June 1, 2009). All parties are available on June 1, 2009 except for Defendant Saylor, and both sides hereby stipulate to Defendant Saylor being excused from attending the ENE as both parties agree that the opportunity and chance for an early settlement in this matter will not be significantly affected by Defendant Saylor's absence. Counsel for Defendant will file a simultaneous request to excuse Defendant Saylor from attending on June 1, 2009.

DATED: APRIL 9, 2009                               Respectfully Submitted,


                                                   /s/ SAMUEL E. BROWN
                                                   ──────────────────────────
                                                   SAMUEL E. BROWN
                                                   ATTORNEY FOR PLAINTIFFS


DATED: APRIL 9, 2009                               Respectfully Submitted,


                                                   /s/ BONNIE CHEN
                                                   ──────────────────────────
                                                   BONNIE CHEN
                                                   ATTORNEY FOR DEFENDANTS

**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO COMPLETE ENE**

**ORDER**

The Court hereby grants Counsel's joint request for an Order extending the time to complete the Early Neutral Evaluation from the last week in May 2009 to the first week in June 2009.

**IT IS SO ORDERED.**

4/16/09

*Claudia Wilken*

Dated: _____

UNITED STATES DISTRICT COURT JUDGE

**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO COMPLETE ENE**